UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GAYLE HERRIOTT, | Case No. SACV 09-00349 JVS (Ctx) |
| Plaintiff, | The Honorable James V. Selna<br>Courtroom 10C |
| vs. | **JUDGMENT AND DISMISSAL OF DEFENDANT J. LARIBEE** |
| COUNTY OF ORANGE; JENNIFER KLINEFELTER, J. LARIBEE, A. BOWERS, S. TIPANTIZA, L. SAMSEL, DOES 6 through 20, Inclusive, | <u>Trial</u><br>Date:  May 4, 2010<br>Time:  8:30 a.m. |
| Defendants. | Court: 10C |
| | Complaint Filed:   March 19, 2009 |

---

1

[proposed] JUDGMENT AND DISMISSAL OF DEFENDANT J. LARIBEE

This action came on regularly for trial on May 4, 2010 in Courtroom 10C of the United States District Court, the Honorable James V. Selna presiding.  Attorney Edward R. Flores appeared on behalf of Plaintiff Sandra Gayle Herriott.  Attorney Albert P. Ballog, Jr. appeared on behalf of Defendant J. Laribee.

On May 7, 2010, after hearing the evidence and arguments of counsel, and before the case was submitted to the jury, the Court summarily dismissed Defendant J. Laribee from this action.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing and that Judgment be entered in favor of Defendant J. Laribee.

APPROVED AS TO CONTENT AND FORM

Dated:  May 17, 2010          /s/  Edward R. Flores
                              EDWARD R. FLORES
                              Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: May 26, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE