JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GAYLE HERRIOTT, | Case No. SACV 09-00349 JVS (Ctx) |
| Plaintiff, | The Honorable James V. Selna<br>Courtroom 10C |
| vs. | **JUDGMENT RE JENNIFER KLINEFELTER FOLLOWING JURY TRIAL** |
| COUNTY OF ORANGE; JENNIFER KLINEFELTER, J. LARIBEE, A. BOWERS, S. TIPANTIZA, L. SAMSEL, DOES 6 through 20, Inclusive, | |
| | <u>Trial</u><br>Date:   May 4, 2010<br>Time:   8:30 a.m.<br>Court:  10C |
| Defendants. | |
| _____ | Complaint Filed:   March 19, 2009 |

1

[proposed] JUDGEMENT RE JENNIFER KLINEFELTER FOLLOWING JURY TRIAL

This action came on regularly for trial on May 4, 2010 in Courtroom 10C of the United States District Court, the Honorable James V. Selna presiding.  Attorney Edward R. Flores appeared on behalf of Plaintiff Sandra Gayle Herriott.  Attorney Albert P. Ballog, Jr. appeared on behalf of Defendant Jennifer Klinefelter.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified and exhibits were identified and admitted.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict.

The jury deliberated and thereafter returned to Court with its verdict in favor of Defendant Jennifer Klinefelter on all claims.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing and that Judgment be entered in favor of Defendant Jennifer Klinefelter.

APPROVED AS TO CONTENT AND FORM

Dated:   May 17, 2010            /s/  Edward R. Flores
                                 EDWARD R. FLORES
                                 Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: May 26, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE